## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Robert  David Bedard
    Anne Maria Bedard

                Debtor(s)

Case No.:  10 B 31356

Chapter:  13

Judge Manuel Barbosa

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
      Robert  David Bedard, Anne Maria Bedard, Debtor(s), 239 Walter Court, Elgin, IL 60123
      Richard E. Sexner, Attorney for Debtor(s), 579 W. North Ave., Ste. 203, Elmhurst, IL 60126

      You are hereby notified that debtor(s) is(are) due to WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT AS TRUSTEE FOR RMAC REMIC TRUST, SERIES 2009-9 for the contractual mortgage payment due 06/01/11. As of the 10/17/11 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 06/01/11 through 10/17/11 post-petition mortgage payments, with the 11/01/11 coming due. The current mortgage payment amount due each month is $1,462.77. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

      Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 01/16/12, WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT AS TRUSTEE FOR RMAC REMIC TRUST, SERIES 2009-9's rights to collect these amounts will remain unaffected.

### PROOF OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on December 19, 2011.

                                  /s/ Gloria Tsotsos
                               Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-26309)**

NOTE: This law firm is deemed to be a debt collector.